# Exhibit F

Skip to main content    r/h3snark    Search in r/h3snark    Create

**r/h3snark** • 20 hr. ago
jewettornesarah MOD    Juicebox Revolutionary War General 📦 🔔 💥

# MEGATHREAD | Content Nuke - Where to Watch & Discussion

Megathread

Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3. Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days.

Here's a list of creators who've supported our sub, either by engaging with us directly or citing our posts in their own critiques of H3. If you're planning to watch along with any of them, we ask that you carry our sub's rules into those spaces too. Feel free to check out:

- North Star Radio/Comrade Casey (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Denims (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Happy snarking from your respective bunkers! Please feel free to share links to other streams/creators and react yourselves down below!



EDIT: Apparently it's not happening tonight! Over one single frame in the whole manifesto video! One frame, y'all, that's it! And then it's perfect! Ugh so frustrating that ONE FRAME prevented all this!

It's almost like the hype for this nuke has been nothing more than a crummy commercial to hook people into watching a dying podcast! So strange!!

We'll keep this thread up — feel free to react/comment/update here!

381    168    Share



Skip to main content

Create

Everything you want in a crypto platform. 20+ digital assets, advanced analytics, and US-based, award-winning support. All on Public.

Sign Up

public.com

Add a comment

Sort by: New (Default)

Search Comments

**h3snarkmodteam** MOD • 20h ago • Stickied comment • Edited 19h ago
QuietFairy Stan
Top 1% Commenter

Edit: Content Nuke is canceled, maybe will upload tomorrow

Vote Reply Share ...

3 more replies

**Aggravating-Unit37** • 56m ago

Will this be the one we use? Just wanna know when someone goes live after it drops so I can watch somewhere other than the channel

1 Reply Share ...

**KamenRiderDragon** • 5h ago

I canceled my kidney surgery for this

9 Reply Share ...

**FriendlyGhostStudios** • 5h ago

i do love the conspiracy theory that the nuke actually doesn't exit which is why its taking so long to drop

4 Reply Share ...

**erin_collective** • 6h ago
Creator

Lizzy Rosa / Ammonia-liza on twitch @ammonializa YouTube vods @lizzycraft

1 Reply Share ...

**Betyouknowme** • 19h ago •
TOP SNARKER

This man is defo poppin and dropping something and it ain't a nuke 👀

121 Share ...

Skip to main content                                Create    2

Watching Hasan's beautification stream rn knowing that Ethan is probably malding over having to reupload his nuke  is so funny

81    Reply    Share

**Aggravating-Unit37** • 19h ago

Tomorrow morning, fuck off

40    Reply    Share

**BewareOfGrom** • 19h ago

you're making it awkward and terrible    🏆 Top 1% Commenter

the real nuke was hasan getting his brows waxed on stream

83    Reply    Share

**SilverstrandForest** • 19h ago

This is such ridiculous bullshit😂 Such a weasely little liar🙄 Guys you'll never believe it, I have to remove or blur 1 frame, its 17.00 now, guess I'll upload it tomorrow morning or something for some reason. YouTube editor? Nahhh you don't get it bro🤪 Such a frikkin loser. The lack of him not getting how he looks right now is astounding

35    Reply    Share

**hollycosmic** • 19h ago
WrldWideWasteland 🌎

Kaceytron mention 🥺🥰 love her



31    Reply    Share

**Excellent_Musician38** • 16h ago

OMG I thought she was Emma Roberts until I read your caption 😂

5    Reply    Share

**newhere616** • 15h ago

Please forgive my ignorance as idk who KaceyTron is, but this is Emma Robert's right? Lol

9    Reply    Share

**Thataintright1** • 14h ago

This is absolutely Emma Roberts 🤡

14    Reply    Share

**newhere616** • 7h ago

Case 2:25-cv-05565    Document 1-6    Filed 06/19/25    Page 5 of 13    Page ID #:81

Skip to main content                                                                Create   2

**ziggydynamite** • 19h ago

The paying members are actually super upset at the lack of shows and he misses one more show for this? That's pathetic

63    Reply    Share

**Slow_Significance329** • 19h ago

Imagine if it's a 2 hour loop of Rick Astley...

32    Reply    Share

**pedropedro1** • 19h ago

Hasan freaking out about his eyebrows being waxed right now probably way more entertaining than whatever the "nuke" was gonna be.

64    Reply    Share

  **Adapteduser** • 19h ago
  [Ethan's State Farm Agent 🚗]

  The brow waxing is truly killing me. Gigachad moment for real.

  19    Reply    Share

    **pedropedro1** • 19h ago

    I'm kinda scared for him. They looked VERY shaped haha

    22    Reply    Share

**Imaginary_Drummer_67** • 19h ago

WHO IS HE "SUBMITTING" THE VIDEO TO??? ITS HIS OWN CHANNEL

49    Reply    Share

**chloe-et-al** • 19h ago
🙇‍♀️🙇‍♀️🙇‍♂️🙇‍♀️🙇‍♂️🙇‍♀️🕐👍    🏆 Top 1% Poster

hahahahaha he uploaded an insta story saying there is a single frame that he didn't blur and now he has to reupload

he even skipped the members show today to upload it

he said he's not even going to upload it tonight now and instead he's re-editing and uploading tmrw morning -- really? for a 1 frame edit?

color me shocked 🤯🤯

72    Reply    Share

  **64N_3v4D3r** • 19h ago

  I'm starting to think the 'content nuke is a troll' theory might be correct.

  37    Reply    Share

    **queermichigan** • 19h ago

    You can add blur in the YouTube editor afaik 👀

    19    Reply    Share

**MagnumOpossumus** • 19h ago
[friend 💜]

Alright I'm taking bets on if the episode tomorrow is cancelled.



Skip to main content

Create

2

I'm saying it's cancelled again... I have zero respect for him and my lack of respect is all I'm basing that on.

22 Reply Share ...

**isnatchkids** • 19h ago
Top 1% Commenter

23 Reply Share ...

**eye_yoda** • 19h ago

See yall tomorrow

4 Reply Share ...

**frumpygardener** • 19h ago

Delay because hasan is not sitting at his computer but doing a beauty thing in Japan

35 Reply Share ...

**PharmaDee** • 19h ago

This man is a fuckin youtuber and can't put out ONE video

11 Reply Share ...

**honeyncinnamon** • 19h ago
debate Sam Seder

He's being very selective of the timing he drops it. He knows streamers are more likely to go live this time of day and react to it, and those clips of them reacting will probably get more attention than the video itself

He's a COWARD

49 Reply Share ...

**Future-Zucchini579** • 19h ago

Professional comedian can't upload one video right...

30 Reply Share ...

**Separate_Ebb5076** • 19h ago

no shame in that I WOULD expect a professional YouTuber to be able to do that though---good thing he's a comedian I guess

6 Reply Share ...

**SlimTimDoWork** • 19h ago

He's lying, you can edit 1 frame out EASILY in Youtube Studio.

Skip to main content                                                                    Create    2

**ethan loves talking about poop**

I was thinking there must be an easier way than exporting the full 2 hour video again

18    Reply    Share

**MCSnipeYoAss** • 19h ago

HAHAHAHAHA HE FKD UP LMAOO. WHAT A FKNG DWEEB🤣🤣

30    Reply    Share

**theirpowerisover9000** • 19h ago

bruh I swear at this point all I want is to know the actual time I can sit down and enjoy the mf shitshow of watching h3 burn the rest of their reputation into the ground, can this cretin please get his video finished 😭😭

23    Reply    Share

**bickybb** • 19h ago

Wow he really can't do anything right

42    Reply    Share

**subversivewallflower** • 19h ago
Hasan's fruit basket from Hamas 🍉

I KNEW IT WASNT COMING OUT HES SO PREDICTABLE



also, if the video is real - not uploading a video because of one frame? lame shit lmao

41    Reply    Share

**Separate_Ebb5076** • 19h ago

I would have taken bets on this.
It's so funny

9    Reply    Share

**MagnumOpossumus** • 19h ago
friend 💜

Like Frogan said, he can remove a frame in the youtube editor. He's just full of it at this point.

33    Reply    Share

**slorinda** • 19h ago

Drops tomorrow yall

20    Reply    Share

**Separate_Ebb5076** • 19h ago

Skip to main content    Create  2

**NO it doesn't**

9  Reply  Share

**slorinda** • 19h ago

✨ allegedly ✨

10  Reply  Share

**NumerousChallenge300** • 19h ago
*fallen fan with a cute cat*

him starting the story with not one. but TWO nasty coughs.

17  Reply  Share

**royalbooboo** • 19h ago

Can someone link websites where we can watch without giving a view? I remember there were mentions of websites like that here

9  Reply  Share

**DaBow** • 19h ago

God he is such a fucking idiot. It's literally your job to get this right.

27  Reply  Share

**folkwitches** • 19h ago

The nuke is postponed to tomorrow.

9  Reply  Share

**misobutter3** • 19h ago

r/Central_Committee

4  Reply  Share

**JeffBenzos** • 19h ago
*#1 Kaya Stan*

It's not dropping tonight Ethan gotta cut out 1 frame (not even joking )

47  Reply  Share

**Dawndolly** • 19h ago

It's literally the same as a lil kid who was asked for a project due 2 weeks ago but just doesn't wanna do it so keeps making up excuses to mommy 🙄

11  Reply  Share

**Seymour--ass** • 19h ago
*a habitually sullen person*

Skip to main content

Create

2

**Separate_Ebb5076** • 19h ago

Well then Frogan is giving him WAY too many IQ points (and that's really nice of her all things considered)

10 Reply Share ...

**honeyncinnamon** • 19h ago
debate Sam Seder

I just had this thought!

11 Reply Share ...

**Any_Bee_5918** • 19h ago
Palestinian Compilation Queen PS Top 1% Poster

I think the same. But it's not gonna work lmfao

13 Reply Share ...

**Seymour--ass** • 19h ago
a habitually sullen person

Yeah, the longer he waits, the more people will be online lol

2 Reply Share ...

**Any_Bee_5918** • 19h ago
Palestinian Compilation Queen PS Top 1% Poster

What a weasely little liar dude!

27 Reply Share ...

**Separate_Ebb5076** • 19h ago

I just saw his insta
not TODAY
This is 100% the funniest thing he has done in YEARS

59 Reply Share ...

**chloe-et-al** • 19h ago
Top 1% Poster

he fr hates his fans he's always getting their hopes up or fucking them over, today it was skipping the members stream to upload this vid and then the vid didn't even drop LMFAOOOOOOOOOO like bffr

15 Reply Share ...

**Separate_Ebb5076** • 19h ago

I feel so evil because I really really find this funny

8 Reply Share ...

**MagnumOpossumus** • 19h ago
friend 💜

Tinfoil hat: I think this is so live streamers don't have time to set up streams before it comes out like tonight and will have to scramble it go live and react to it.

41 Reply Share ...

**Dawndolly** • 19h ago

Has to be what's going on, bc yesterday he said he was going to do a huge YouTube premier for the launch of it. Like what Ethan? The one frame being left in today, changed that video release plan lmao

4 Reply Share ...

**SlimTimDoWork** • 19h ago



Skip to main content

Create

**PianoTeach88** • 19h ago
`Keemstar is Ethan's lost brother`

So if it doesn't end up existing, has he just been using this as an excuse to skip out on members content?

↑ 30 ↓   Reply   Share

**Independent_End7118** • 19h ago • Edited 19h ago
`communism equals no croutons`  🏆 Top 1% Commenter

ethan posted on his story. it will not be uploaded today lol

↑ 45 ↓   Reply   Share

**RemarkableRhubarb933** • 19h ago
`fallen fan with a cute cat`

he needs to just stfu about it until it is ACTUALLY ready to go live. i don't get the point of the whole "its happening jk no its not" thing

↑ 12 ↓   Reply   Share

**penny_pens** • 19h ago

Not coming out today, forgot to remove one frame and has to submit tomorrow 🙄.

↑ 42 ↓   Reply   Share

**Gooey_Goon** • 19h ago

Yeah I say who cares anymore since it didn't come out today I'm just tuning out of this entirely.

↑ 10 ↓   Reply   Share

**LaberalDimocrat** • 19h ago

He said one frame wasn't blurred? I wonder what the fuck he's uploading that needs to be that heavily censored

↑ 27 ↓   Reply   Share

**skittlesthepro** • 19h ago

I bet it's that fake gun that Hasan sometimes has on stream/ Fear&. He's gonna claim he's "promoting violence" or something silly

↑ 3 ↓   Reply   Share

**Seymour--ass** • 19h ago
`a habitually sullen person`

Okay that's it lmao it's a BAIT

↑ 33 ↓   Reply   Share

**Seymour--ass** • 19h ago
`a habitually sullen person`

Even Morgan is saying you can get rid of one frame in the youtube editor

↑ 17 ↓   Reply   Share

**penny_pens** • 19h ago

Maybe he doesn't know that? Because he hasn't made a video in 4 years.

↑ 13 ↓   Reply   Share

**boobiewatcher69420** • 19h ago
`he's a ham sandwich`

eel pit, it's not happening



Skip to main content

+ Create 2

Pitiful-Fennel-3702 • 19h ago

26 Reply Share ···

**pedropedro1** • 19h ago

Stand by guys Ethan is watching Hasan get his eyebrows done

52 Reply Share ···

**Disastrous-Pack1641** • 11h ago
H3hab

Me too tbf

3 Reply Share ···

**PianoTeach88** • 19h ago
Keemstar is Ethan's lost brother

Ethan delay the nuke? I sleep.

Ethan release the nuke? I sleep.

53 Reply Share ···

**MagnumOpossumus** • 19h ago
friend 💜

Ethan posted on IG it's not coming out needs to be reedited

27 Reply Share ···

**arongadark** • 19h ago

Delayed til the morning. Womp womp

20 Reply Share ···

**Aggravating-Unit37** • 19h ago

Is anyone live yet?

8 Reply Share ···

**saz2022** • 19h ago

He's taking the piss. Literally.
I'd be willing to bet that in a little bit he'll say "no video today, technical difficulties, but for sure tomorrow." Trolll

27 Reply Share ···

**saz2022** • 19h ago

Told ya 😅

1/31/25, 12:28 PM
MEGATHREAD | Content Nuke - Where to Watch & Discussion : r/h3snark
Case 2:25-cv-05565    Document 1-6    Filed 06/19/25    Page 12 of 13    Page ID #:88

Skip to main content

Create

You were right, check his insta story.

5  Reply  Share

**yyeetstreeet** • 19h ago

This shit is not coming out soon bro 😂

22  Reply  Share

**oddlylikable** • 19h ago
lalalalala i cant hear you 🙈

It's like the Y2K scare or when people thought that the world was going to end because of some quantum physics experiments at CERN.

22  Reply  Share

**watching_sisyphus** • 19h ago

always late

18  Reply  Share

**RockyK96** • 19h ago
leaving the cult behiiiiind

will this be posted on h3 productions yt or the podcast page?

11  Reply  Share

**LaberalDimocrat** • 19h ago

99.9% sure it will be on the original H3H3 account, not the podcast one. It has the biggest audience, probably a lot of normies still, who haven't seen him crashing out for months

12  Reply  Share

**boobiewatcher69420** • 19h ago
he's a ham sandwich



46  Reply  Share

**crassreductionist** • 19h ago

tick tock h3 late again

40  Reply  Share

**sketchdrift** • 19h ago



↑ 7 ↓    💬 Reply    ↗ Share    ···

**strumdogg** • 20h ago • Edited 20h ago
Hasan's Voice Trainer

Hasan is living his best life in Japan, with friends, and experiencing amazing collabs w/guests & food.

Ethan is in the corner, texting hila about a video export while 20,000 humans watch.

↑ 58 ↓    💬 Reply    ↗ Share    ···

⊕  1 more reply