# Exhibit H

(Video File Located on Flash Drive Concurrently-Filed with Notice of Lodging)