| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |

Rom Bar-Nissim (SBN: 293356)
Heah Bar-Nissim LLP
1800 Century Park East, Ste. 2400
Los Angeles, CA 90067
Tel: (310) 432-2836

ATTORNEY(S) FOR: Plaintiff Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ted Entertainment, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-5565 |
| v. | |
| Morgan Kamal Majed p/k/a Frogan; Does 1-10 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ted Entertainment, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ted Entertainment, Inc. | Plaintiff |
| Morgan Kamal Majed p/k/a Frogan | Defendant |

| | |
|---|---|
| June 19, 2025 | /s/ Rom Bar-Nissim |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Ted Entertainment, Inc.