1  Rom Bar-Nissim (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4
5  Attorneys for Plaintiff
   Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, | Case No.: 2:25-cv-5565 |
| Plaintiff, | **NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS TO COMPLAINT** |
| v. | |
| MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10 | |
| Defendants. | |

NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS TO COMPLAINT

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Ted Entertainment, Inc. ("TEI") herby lodges with the Court the following materials in conjunction with its Complaint against defendants Morgan Kamal Majed p/k/a Frogan ("Frogan") and Does 1-10.

1. A flash drive containing the following exhibits to the Complaint:
    a. **Exhibit D:** The deposit copy of TEI's copyrighted work entitled *Content Nuke: Hasan Piker*
    b. **Exhibit E**: The broadcast copy of TEI's copyrighted work entitled *Content Nuke: Hasan Piker*
    c. **Exhibit H**: Frogan's January 31, 2025 broadcast
    d. **Exhibit I**: Clip from Frogan's January 30, 2025 broadcast

**PLEASE TAKE FURTHER NOTICE** that the flash drive identical to that described is being served on Frogan.

Dated: June 19, 2025                     **HEAH BAR-NISSIM LLP**

                                         By  /s/ Rom Bar-Nissim
                                             ROM BAR-NISSIM
                                             Attorneys for Plaintiff Ted
                                             Entertainment, Inc.

COMPLAINT