Rom Bar-Nissim SBN: 293356
Heah Bar-Nissim LLP
1801 Century Park East Suite 2400
Los Angeles, CA 90067
(773) 420-7330

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ted Entertainment, Inc., et al.** Plaintiff(s) <br> v. <br> **Morgan Kamal Majed, et al.** Defendant(s) | **CASE NUMBER:** 2:25-cv-05565-JFW-MAA <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons ☐ first amended complaint ☐ third party complaint
      ☑ complaint ☐ second amended complaint ☐ counter claim
      ☐ alias summons ☐ third amended complaint ☐ cross claim
      ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **MORGAN KAMAL MAJED p/k/a FROGAN, an individual**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **430 S Broadway**
      **Los Angeles, CA 900131154**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Jane Doe - Occupant (African-American or Middle-Eastern; F; 40's; 5'6; 155 lbs; Drk Long Curly Hr; Drk Eyes)**

      1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **7/14/2025** at *(time):* **6:12 PM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Jul 15, 2025 - DECLARATION OF MAILING ATTACHED

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**First Legal Investigations**
2070 N. Tustin Ave.
Santa Ana, CA 92705
Phone: (714) 550-1375   Fax: (714) 550-1374

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | Heah Bar-Nissim LLP | | |
| **CLIENT FILE #:** | TED V MAJED | **DATE:** | July 18, 2025 |
| **SUBJECT:** | MORGAN KAMAL MAJED p/k/a FROGAN, an individual | | |
| **SERVED:** | Jane Doe - Occupant (African-American or Middle-Eastern; F; 40's; 5'6; 155 lbs; Drk Long Curly Hr; Drk Eyes) | | |

```
Summons in a Civil Action; Civil Cover Sheet; Certification and Notice
of Interested Parties (Local Rule 7.1-1); Report on the Filing or
Determination of an Action or Appeal Regarding a Copyright; Notice of
Lodging of Flash Drive Containing Video Exhibits to Complaint; Notice
of Assignment to United States Judges; Notice to Parties of Court-
Directed ADR Program; Notice to Counsel Re Consent to Proceed Before
a United States Magistrate Judge
```



    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

    f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

    g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service:  *(date):* at  *(time):*

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

    **Jason Luther**
    **First Legal Investigations**
    **2070 N. Tustin Ave.**
    **Santa Ana, CA 92705**
    **(714) 550-1375**

    a. Fee for service: $ **2,549.48**
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration under B&P 22350(b)
    d. ☑ Registered California process server
        Registration # :**2012-149069**
        County: **Los Angeles**

8. ☐  I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  **July 18, 2025**      **Jason Luther**
                                *Type or Print Server's Name*    *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Rom Bar-Nissim | SBN: 293356 <br> Heah Bar-Nissim LLP <br> 1801 Century Park East Suite 2400   Los Angeles, CA 90067 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (773) 420-7330 | FAX NO. | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*:  Plaintiff: Ted Entertainment, Inc. | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 312 N. SPRING STREET, ROOM G-8 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA | |

| PLAINTIFF/PETITIONER:  Ted Entertainment, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Morgan Kamal Majed, et al. | 2:25-cv-05565-JFW-MAA |

| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: TED V MAJED |
|---|---|

I, Jason Luther , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: MORGAN KAMAL MAJED p/k/a FROGAN, an individual as follows:
Documents:

complaint; Summons in a Civil Action; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Lodging of Flash Drive Containing Video Exhibits to Complaint; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/1/2025 | 2:30 AM | Home | This is a five-story business style apartment building that is secured by a locked door and intercom. Our subject name is not listed on the intercom list. No one was seen on the inside. I could not gain access. I decided to wait outside the front of the building until it was able to gain access by someone letting me in while they're leaving or arriving. AT 3:15 am I was able to gain access by following an after a resident or guest was leaving the building. I located where unit number 403 is. I can stand down the hallway and be able to stay out of you and be able to watch the unit without being too inconspicuous.  At 4:30 am, at this time nobody left or entered the unit. I stepped away and left the location without being noticed. No activity. Left at 4:30 am - Jason Luther <br> 430 S Broadway, # #403 Los Angeles, CA 900131154 |
| 7/2/2025 | 2:30 AM | Home | Upon arrival I was not able to get access. The door is to the property were locked. I waited outside the front of the building and waited for someone to enter or exit so I can gain access. At 3:05 a.m. I was able to gain access by entering in as a resident or guest was leaving the building. I approached the elevator, and I took up to the 4th floor. Located unit number 403 and then stepped away and stepped back and walk down the hall so I would not look as if I was waiting for someone from that unit. I maintain my position down the hall. From 3:15 a.m. until 6:30 a.m. during this time there were no changes. No one was seen entering or exit in the unit. The door remained closed. I quietly walked up to the door and listen closely for any movement. I did hear movement on the inside. I did not knock on the door. Instead, I just took note of my findings. Left at 6:30 am- Jason Luther <br> 430 S Broadway, # #403 Los Angeles, CA 900131154 |

County: **Los Angeles** <br>
Registration No.: **2012-149069** <br>
**First Legal Investigations** <br>
**2070 N. Tustin Ave.** <br>
**Santa Ana, CA 92705** <br>
**(714) 550-1375**

**Continued on Next Page**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  July 18, 2025.

Signature: _____

**Jason Luther**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Rom Bar-Nissim | SBN: 293356<br>Heah Bar-Nissim LLP<br>1801 Century Park East Suite 2400   Los Angeles, CA 90067 | | |
| TELEPHONE NO.: (773) 420-7330 | FAX NO. | E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: Plaintiff: Ted Entertainment, Inc. | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 312 N. SPRING STREET, ROOM G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: Ted Entertainment, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Morgan Kamal Majed, et al. | 2:25-cv-05565-JFW-MAA |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: TED V MAJED |

I, Jason Luther, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: MORGAN KAMAL MAJED p/k/a FROGAN, an individual as follows:

Documents:
complaint; Summons in a Civil Action; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Lodging of Flash Drive Containing Video Exhibits to Complaint; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| | | | **Continued from Previous Page** |
| 7/5/2025 | 2:00 AM | Home | Upon arrival I was not able to gain access. The doors to the property were locked. I maintained my positioned outside of that main entrance sitting on a large planter. At 3:07 am I was able to gain access. A resident was exiting the building. I proceeded to the elevator where I took the elevator up to the fourth floor. I continue until I got to unit 403. No movement was heard. I positioned myself down the hallway. I had a clear view of the front door, but I was far enough away where I left would not be seen from anybody looking through the peephole. From 2:15 a.m. until 8:00 a.m., during this time there were no changes. No one was seen entering or exiting the unit. No one was seen in the hallway. I made an attempt where I walked up to the door, and I knocked on the door and I placed a document on the ground saying delivery and stuff to wait. I waited alongside the hallway out of sight for approximately 10 minutes. No one came out to pick up the documents. I don't believe anybody was home. - Jason Luther<br>430 S Broadway, # #403 Los Angeles, CA 900131154 |
| 7/14/2025 | 6:12 PM | Home | Substituted service on: MORGAN KAMAL MAJED p/k/a FROGAN, an individual; 430 S Broadway, Los Angeles, CA 90013-1154; by serving: Jane Doe - Occupant (African-American or Middle-Eastern; F; 40's; 5'6; 155 lbs; Drk Long Curly Hr; Drk Eyes). |
| | | | Upon arrival I could not gain access. The entrance to the building was locked. I positioned myself in front of the building waiting for someone to enter or exit the property so I could gain access. At 2:12 pm I was able to gain access. I entered in after a resident was leaving with his dog. I proceeded to the 4th floor. I approached unit 403 and I could hear a female voice talking. I could not tell what was being said but it sounded like someone was giving their point of view. I stepped away and positioned myself in the hallway far enough away as to not be seen by anyone within the unit looking out of the peephole. Throughout my time waiting I could hear constant talking with brief moments of silence. At 6:12 pm I heard the doorknob of unit 403 make noise and the door quickly opened. Stepping out was a darker female possibly African American or Middle Eastern in her 40s 5' 6" 155 lbs. dark long curly hair with dark eyes. I ask her if she is Morgan Majed and she said why. I said I have legal documents for you, and she said she is not Morgan. I asked her if Morgan lived there and she said, no that she has lived there for 6 years and there is no Morgan. I asked her if she would show her I.D. showing that she is not Morgan and she refused. I told her since she won't show her I.D. that I will be serving her. She refused to take the documents, so I placed them in front of her door. The female saw me place them there. She said I'm not Morgan you can speak to the management. |

County: **Los Angeles**
Registration No.: **2012-149069**
**First Legal Investigations**
**2070 N. Tustin Ave.**
**Santa Ana, CA 92705**
**(714) 550-1375**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 18, 2025.

Signature: _____
Jason Luther

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: INP15607

| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney: Rom Bar-Nissim, SBN: 293356<br>Heah Bar-Nissim LLP<br>1801 Century Park East Suite 2400<br>Los Angeles, CA 90067<br>TELEPHONE No.: (773) 420-7330   FAX No. (Optional):   E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff Ted Entertainment, Inc. | | | Ref No. or File No.:<br>TED V MAJED | FOR COURT USE ONLY |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Ted Entertainment, Inc., et al. | | | | |
| Defendant: Morgan Kamal Majed, et al. | | | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:25-cv-05565-JFW-MAA |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the complaint; Summons in a Civil Action; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Lodging of Flash Drive Containing Video Exhibits to Complaint; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Henderson, Nevada, addressed as follows:

   a. Date of Mailing:        July 15, 2025
   b. Place of Mailing:       Henderson, NV
   c. Addressed as follows:   MORGAN KAMAL MAJED p/k/a FROGAN, an individual
                              430 South Broadway #403
                              Los Angeles, CA 90013

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Henderson, Nevada in the ordinary course of business.

County:
 Registration:
**First Legal Investigations
2070 N. Tustin Ave.
Santa Ana, CA 92705
(714) 550-1375
Ref: TED V MAJED**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service is true and correct and that this declaration was executed on **July 18, 2025**.

Signature: *Paula Herrero*
**Paula Herrero**

**PROOF OF SERVICE BY MAIL**

Order#: INP15607/mailproof