| | |
|---|---|
| Rom Bar-Nissim (SBN: 293356)<br>Rom@HeahBarNissim.com<br>**HEAH BAR-NISSIM LLP**<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: 310.432.2836<br><br>Attorneys for Plaintiff<br>Ted Entertainment, Inc. | Bahram Niknia (SBN: 293356)<br>bniknia@NikniaLaw.com<br>**NIKNIA LAW FIRM INC.**<br>1875 Century Park East, Suite 1240<br>Los Angeles, CA 90067<br>Telephone: 310-601-8025<br><br>Attorneys for Defendant<br>Morgan Kamal Majed p/k/a Frogan |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10<br><br>  Defendants. | Case No.: 2:25-cv-5565<br><br>**JOINT STIPULATION RE: EXTENDING THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

1 **WHEREAS**, on June 19, 2025, Plaintiff Ted Entertainment, Inc. ("TEI") initiated the present action by filing its complaint for direct copyright infringement against Defendant Morgan Kamal Majed p/k/a Frogan ("Frogan") (Dkt. No. 1);

**WHEREAS,** on July 18, 2025, TEI filed a proof of service for serving the complaint on Frogan on July 14, 2025 (Dkt. No. 12);

**WHEREAS,** on August 1, 2025, counsel for Frogan contacted counsel for TEI by email to contest the validity of service of the complaint on Frogan;

**WHEREAS,** in the same email, counsel for Frogan offered to resolve the issue and avoid unnecessary motion practice by: (1) having TEI withdraw the July 18, 2025 proof of service; and (2) having Frogan execute a waiver of service pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 4(d) and receive an additional sixty (60) days to respond to the complaint pursuant to FRCP Rule 12(a)(1)(A)(ii);

**WHEREAS,** on the same day, counsel for TEI responded to counsel for Frogan and – without conceding the validity of the objections to service – expressed agreement regarding avoiding unnecessary motion practice regarding the service of the complaint;

**WHEREAS,** in the same email, counsel for TEI offered to streamline the resolution of the issue by granting Frogan an additional sixty (60) days to respond to the complaint;

**WHEREAS,** counsel for Frogan agreed to this arrangement – so long as Frogan preserved her right to file any responsive pleading pursuant to FRCP Rule 12 with the exception of contesting service under FRCP Rules 12(b)(4-5) – and counsel for TEI agreed;

**WHEREAS,** good cause exists for the stipulation because: (1) it resolves the parties' issue concerning service; (2) conserves the time and resources of this Court and the parties by avoiding unnecessary motion practice; and (3) ensures Frogan has sufficient time to respond to the complaint.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their respective attorneys of records, that: (1) this Court grant the Stipulation; (2) that Frogan's deadline to respond to the complaint be continued from August 4, 2025 to October 3, 2025; (3) that Frogan can respond to the complaint with any responsive pleading pursuant to FRCP Rule 12 with the exception of contesting service under FRCP Rules 12(b)(4-5); and (4) the Court enter the Order lodged concurrently herewith.

Dated: August 5, 2025                **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
    ROM BAR-NISSIM
    Attorneys for Plaintiff Ted Entertainment, Inc.

Dated: August 5, 2025                **NIKNIA LAW FIRM, INC.**

By  /s/ Barham Niknia
    BARHAM NIKNIA
    Attorneys for Defendant Morgan Kamal Majed p/k/a Frogan

Pursuant to Civil L.R. 5-4.3.4(a)(2)(1), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.