Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

Bahram Niknia (SBN: 293356)
bniknia@NikniaLaw.com
**NIKNIA LAW FIRM INC.**
1875 Century Park East, Suite 1240
Los Angeles, CA 90067
Telephone: 310-601-8025

Attorneys for Defendant
Morgan Kamal Majed p/k/a Frogan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 2:25-cv-5565<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: EXTENDING THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Re: Extending The Deadline for Defendant to Respond to the Complaint ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Morgan Kamal Majed p/k/a Frogan ("Frogan"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED
2. Frogan's deadline to respond to TEI's complaint extended from August 4, 2025 to October 3, 2025; and
3. Frogan can respond to TEI's complaint with any responsive pleading under Federal Rule of Civil Procedure ("FRCP") Rule 12 – with the exception of contesting service under FRCP Rules 12(b)(4-5).

IT IS SO ORDERED.

DATE:_____       _____

                                                       Hon. John F. Walter
                                                United States District Court Judge