1  Rom Bar-Nissim (SBN: 293356)        Bahram Niknia (SBN: 293356)
   Rom@HeahBarNissim.com               bniknia@NikniaLaw.com
2  **HEAH BAR-NISSIM LLP**             **NIKNIA LAW FIRM INC.**
   1801 Century Park East, Suite 2400  1875 Century Park East, Suite 1240
3  Los Angeles, CA 90067               Los Angeles, CA 90067
   Telephone: 310.432.2836             Telephone: 310-601-8025
4
5  Attorneys for Plaintiff             Attorneys for Defendant
   Ted Entertainment, Inc.             Morgan Kamal Majed p/k/a Frogan
6
7              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8
9  TED ENTERTAINMENT, INC., a          Case No.: 2:25-cv-5565 JFW(MAAx)
   California Corporation,
10                                      **ORDER GRANTING JOINT**
                    Plaintiff,         **STIPULATION RE: EXTENDING THE**
11                                      **DEADLINE FOR DEFENDANT TO**
        v.                             **RESPOND TO THE COMPLAINT**
12
   MORGAN KAMAL MAJED p/k/a
13 FROGAN, an individual, and DOES 1-10
14                  Defendants.
15
16                          **ORDER**
17         Upon consideration of the Joint Stipulation Re: Extending The Deadline for Defendant to
18 Respond to the Complaint ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and
19 Defendant Morgan Kamal Majed p/k/a Frogan ("Frogan"), and for good cause shown, the Court
20 hereby rules as follows:
       1. The Stipulation is GRANTED
21
       2. Frogan's deadline to respond to TEI's complaint extended from August 4, 2025 to
22        October 3, 2025; and
23     3. Frogan can respond to TEI's complaint with any responsive pleading under Federal
24        Rule of Civil Procedure ("FRCP") Rule 12 – with the exception of contesting service
          under FRCP Rules 12(b)(4-5).
25
26 IT IS SO ORDERED.

   Dated: August 5, 2025
27
                                        Hon.  John F. Walter
28                                      United States District Court Judge

---

ORDER GRANTING JOINT STIPULATION RE: EXTENDING THE DEADLINE FOR
DEFENDANT TO RESPOND TO THE COMPLAINT