Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10<br><br>       Defendants. | Case No.: 2:25-cv-5565-JFW-MAA<br><br>**REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Ted Entertainment, Inc. ("TEI") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Morgan Kamal Majed p/k/a Frogan ("Majed") on the grounds that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure and this Court's August 5, 2025 Order (Dkt. No. 14). Further details are set forth below and attested to in the Declaration of Rom Bar-Nissim ("RBN Decl.").

On June 19, 2025, TEI filed its complaint for copyright infringement against Majed and contributory infringement against Does 1-10. RBN Decl., ¶ 2; Dkt. No. 1.

On July 14, 2025, Majed was served with the Complaint via substituted service. RBN Decl, ¶ 3; Dkt. No. 12. Consequently, Majed's initial deadline to respond to the Complaint was August 4, 2025. RBN Decl., ¶ 3.

On August 5, 2025, counsel for TEI and Majed entered into a joint stipulation to: (1) extend Majed's deadline to respond from August 4, 2025 to October 3, 2025; and (2) Majed could provide any responsive pleading pursuant to Federal Rule of Civil Procedure 12, with the exception of motions challenging service under Rules 12(b)(4-5). The Court entered an order granting the stipulation the same day. RBN Decl., ¶ 4; Dkt. Nos. 13-14.

From August 5, 2025 until April 20, 2026, TEI and Majed engaged in settlement negotiations. Unfortunately, those negotiations failed. On April 20, 2026, TEI informed Majed's counsel that TEI intended to proceed with litigation and provided Majed three weeks to respond to the Complaint, otherwise, TEI would seek default and default judgment. RBN Decl., ¶ 5, Ex. 1. Consequently, Majed's deadline to respond was May 11, 2026.

///

///

///

REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED

On May 11, 2026, Majed did not file a responsive pleading. RBN Decl., ¶ 6. Therefore, TEI respectfully requests that default be entered against Majed.

Dated: May 19, 2026                    **HEAH BAR-NISSIM LLP**

                                       By   /s/ Rom Bar-Nissim
                                            ROM BAR-NISSIM
                                            Attorneys for Plaintiff Ted
                                            Entertainment, Inc.

REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding.  My business address is the law firm of Heah Bar-Nissim LLP, 1801 Century Park East, Suite 2400, Los Angeles, CA 90067.

On May 19, 2026, I served the following document(s) **REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED**

| | |
|---|---|
| Bahram Niknia<br>NIKNIA LAW FIRM, INC.<br>1875 Century Park East<br>Suite 1240<br>Los Angeles, CA 90067 | Attorney for Defendant Morgan Kamal Majed p/k/a Frogan |

**[X]**     **BY MAIL:** I enclosed the document(s) identified above in a sealed envelope or package addressed to the persons addressed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary  course of business with the United States Postal Service, in a sealed envelope with postage fully paid. attached the document(s) to an email sent to the email addresses set forth above

I declare under penalty of perjury that the foregoing is true and correct and a member of the bar of this Court.

Executed this May 19, 2026, at Los Angeles, CA.

*/s/ Rom Bar-Nissim*
Rom Bar-Nissim

1
REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED