Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 2:25-cv-5565-JFW-MAA<br><br>**DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF PLAINTIFF TED ENTERTAINMENT, INC.'S REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED** |

## DECLARATION OF ROM BAR-NISSIM

I, Rom Bar-Nissim, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for plaintiff Ted Entertainment, Inc. ("TEI") in the above-referenced matter. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of TEI's Request for Default against defendant Morgan Kamal Majed p/k/a Frogan ("Majed").

2. On June 19, 2025, TEI filed its complaint for copyright infringement against Majed and contributory infringement against Does 1-10. Dkt. No. 1.

3. On July 14, 2025, Majed was served with the Complaint via substituted service. *See* Dkt. No. 12. Consequently, Majed's initial deadline to respond to the Complaint was August 4, 2025.

4. On August 5, 2025, counsel for TEI and Majed entered into a joint stipulation to: (1) extend Majed's deadline to respond from August 4, 2025 to October 3, 2025; and (2) Majed could provide any responsive pleading pursuant to Federal Rule of Civil Procedure 12, with the exception of motions challenging service under Rules 12(b)(4-5). Dkt. No. 13. The Court entered an order granting the stipulation the same day. Dkt. No. 14.

5. From August 5, 2025 until April 20, 2026, TEI and Majed engaged in settlement negotiations. Unfortunately, those negotiations failed. On April 20, 2026, TEI informed Majed's counsel – Bahram Niknia – that TEI intended to proceed with litigation and provided Majed three weeks to respond to the Complaint, otherwise, TEI would seek default and default judgment. Consequently, Majed's deadline to respond was May 11, 2026. A true and correct copy of my April 20, 2026 email to Majed's counsel – with redactions for settlement

1

communications and Mr. Niknia's personal email address is attached hereto and incorporated herein as **Exhibit 1.**

6. On May 11, 2026, Majed did not file a responsive pleading.

7. Majed is over the age of 18 and is not an incompetent person.

8. Majed has not and is not serving in the United States military and, therefore, the Servicemembers Civil Relief Act (50 U.S.C. § 521) does not apply.

9. As discussed above, I provided Majed's counsel notice that TEI would seek default and default judgment on April 20, 2026 via email to Majed's counsel's professional and personal email address. I am serving Majed's counsel of TEI's request for default via USPS mail (see proof of service below).

I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 19th day of May 2026.

*/s/ Rom Bar-Nissim*
ROM BAR-NISSIM

2
DECLARATION OF ROM BAR-NISSIM ISO
REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding.  My business address is the law firm of Heah Bar-Nissim LLP, 1801 Century Park East, Suite 2400, Los Angeles, CA 90067.

On May 19, 2026, I served the following document(s) **DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF PLAINTIFF TED ENTERTAINMENT, INC.'S REQUEST FOR DEFAULT AGAINST DEFENDANT MORGAN KAMAL MAJED**

| | |
|---|---|
| Bahram Niknia<br>NIKNIA LAW FIRM, INC.<br>1875 Century Park East<br>Suite 1240<br>Los Angeles, CA 90067 | Attorney for Defendant Morgan Kamal Majed p/k/a Frogan |

**[X]     BY MAIL:** I enclosed the document(s) identified above in a sealed envelope or package addressed to the persons addressed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary  course of business with the United States Postal Service, in a sealed envelope with postage fully paid. attached the document(s) to an email sent to the email addresses set forth above

I declare under penalty of perjury that the foregoing is true and correct and a member of the bar of this Court.

Executed this May 19, 2026, at Los Angeles, CA.

_/s/ Rom Bar-Nissim_

Rom Bar-Nissim