Outlook

---

**Re: Ted Ent v. Majed**

---

**From** Rom Bar-Nissim <rom@heahbarnissim.com>
**Date** Mon 4/20/2026 5:07 PM
**To**    bniknia@niknialaw.com <bniknia@niknialaw.com>
**Cc**    Bahram Niknia <█████████████>

Bahram:

Your counteroffer was not well received by my client or myself. Our generosity was repaid with numerous incorrect factual and legal assertions. It is clear that our settlement discussions have been unproductive and we need to move forward with litigation.

Your client has three weeks from this email to file her responsive pleading. If she does not, my client will seek default and default judgment.

**Rom Bar-Nissim**
Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com
1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---