# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## PAu 4-256-429

**Effective Date of Registration:**
January 28, 2025
**Registration Decision Date:**
March 27, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Content Nuke: Hasan Piker |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |

## Author

| | |
|---|---|
| • **Author:** | Ted Entertainment, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ted Entertainment, Inc.<br>106 1/2 Judge John Aiso, Ste. 434, Los Angeles, CA |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music |
| **New material included in claim:** | all other cinematographic material, additional new footage, production as a motion picture |

## Certification

| | |
|---|---|
| **Name:** | Rom Bar-Nissim |
| **Date:** | January 27, 2025 |

Page 1 of 1