# EXHIBIT 3

# Frogan's Lawsuit Defense Fund



 **Frogan TV**

🛡️ **Donation protected**

After nearly two years of a targeted harassment campaign against me, Ethan Klein has now escalated it into suing me for reacting to his video on Hasan and myself on his video titled "Content Nuke – Hasan Piker". This fundraiser is to cover any and all legal fees associated with his complaint, any counterclaims I may have against him, and any other bills and personal expenses from lost wages and damages arising from this litigation.

His video: https://www.youtube.com/watch?v=3yAiuEyJF-I

3/3

📍 This fundraiser is located near you

| Donate | Share |
|--------|-------|



**$39,179 raised**
of $200K
**20%**
927 donations

**Donate now**

**Share**

Anonymous
$200 · 16 d

N Noah Torsiello
$50 · 1 mo

Anonymous
$67 · 1 mo

E Eric Fuller
$50 · 3 mos

E Ethan Harden
$25 · 1 mo

| See all | ☆ See top |
|---------|-----------|