# EXHIBIT 5

# HEAH BAR-NISSIM

## INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 805 |
| Issue Date | 4/7/2025 |
| Due Date | 5/6/2025 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 3/6/2025<br>Reviewed and analyzed Frogan's reaction to prologue and made notes on the same, including searching for quotes on commercial use. | Rom Bar-Nissim | $375.00 | 3.70 | $1,387.50 |
| 3/10/2025<br>Reviewed and analyzed Houthi section of Frogan's reaction to the Nuke and made notes on the same. | Rom Bar-Nissim | $375.00 | 3.70 | $1,387.50 |
| 3/11/2025<br>Reviewed and made notes on Frogan's reaction to Hezbollah and Hamas section of Nuke. | Rom Bar-Nissim | $375.00 | 2.30 | $862.50 |
| 3/12/2025<br>Reviewed and took notes on first half of Frogan's reaction to Twitch section of Nuke. | Rom Bar-Nissim | $375.00 | 3.70 | $1,387.50 |
| 3/13/2025<br>Reviewed and took notes of Frogan's reaction to the remainder of the Nuke. | Rom Bar-Nissim | $375.00 | 2.70 | $1,012.50 |
| 3/20/2025<br>Drafted copyright infringement complaint against Frogan. | Rom Bar-Nissim | $375.00 | 4.30 | $1,612.50 |
| 3/22/2025<br>Continued drafting complaint against Frogan. | Rom Bar-Nissim | $375.00 | 4.70 | $1,762.50 |
| 3/28/2025<br>Consolidated notes on Frogan's reaction to organize and draft outline of arguments against fair use. | Rom Bar-Nissim | $375.00 | 5.10 | $1,912.50 |
| 3/29/2025<br>Continued drafting complaint for copyright infringement against Frogan. | Rom Bar-Nissim | $375.00 | 5.30 | $1,987.50 |
| **Time Entries Total** | | | **35.50** | **$13,312.50** |

| | | |
|---|---|---:|
| Total (USD) | | $13,312.50 |
| Payment 1315 4/9/2025 | | $-13,312.50 |
| Balance | | $0.00 |

## Terms & Conditions

Please note that effective May 1, 2025, our hourly rates will increase from $375 to $400.

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---:|
| Rom Bar-Nissim | $375.00 | 35.50 | $13,312.50 |

# HEAH BAR-NISSIM

## INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 826 |
| Issue Date | 5/5/2025 |
| Due Date | 6/4/2025 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 4/21/2025<br>Continued drafting complaint against Frogan. | Rom Bar-Nissim | $375.00 | 3.20 | $1,200.00 |
| 4/22/2025<br>Continued drafting complaint against Frogan. | Rom Bar-Nissim | $375.00 | 4.70 | $1,762.50 |
| 4/23/2025<br>Final revisions and edits to initial draft of complaint against Frogan. | Rom Bar-Nissim | $375.00 | 3.70 | $1,387.50 |
| | **Time Entries Total** | | **11.60** | **$4,350.00** |

| | |
|---|---|
| Total (USD) | $4,350.00 |
| Payment 1350 5/13/2025 | $-4,350.00 |
| Balance | $0.00 |

## Terms & Conditions

Please note that effective May 1, 2025, our hourly rates will increase from $375 to $400.

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Rom Bar-Nissim | $375.00 | 11.60 | $4,350.00 |

| | | |
|---|---|---|
| | $375.00 | 11.60 |

# HEAH BAR-NISSIM

## INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 833 |
| Issue Date | 6/4/2025 |
| Due Date | 7/4/2025 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 5/31/2025<br>Implemented edits pursuant to comments received from researcher and made further revisions to complaint. | Rom Bar-Nissim | $400.00 | 1.70 | $680.00 |
| | **Time Entries Total** | | **1.70** | **$680.00** |

### Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Private investigators<br>5/23/2025<br>Background search. | $1,500.00 | 1.00 | $1,500.00 |
| Litigation support vendors<br>5/31/2025<br>15.1 hours of researcher/investigator's time at $30 an hour. | $453.00 | 1.00 | $453.00 |
| **Expenses Total:** | | **2.00** | **$1,953.00** |

| | |
|---|---|
| Total (USD) | $2,633.00 |
| Payment 1402 6/6/2025 | $-2,633.00 |
| Balance | $0.00 |

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Rom Bar-Nissim | $400.00 | 1.70 | $680.00 |

# HEAH BAR-NISSIM

# INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 850 |
| Issue Date | 7/9/2025 |
| Due Date | 8/8/2025 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/12/2025<br>Drafted: (1) AO121; (2) Summons; (3) Notice of Lodging; (4) Civil Case Information Sheet; and (5) Certificate of interested parties. | Rom Bar-Nissim | $400.00 | 1.50 | $600.00 |
| 6/13/2025<br>Revisions and edits to complaint to address researcher's comments and additions, along with typos and grammatical errors. | Rom Bar-Nissim | $400.00 | 2.00 | $800.00 |
| 6/26/2025<br>Began drafting ex parte application to subpoena Reddit and Discord. | Rom Bar-Nissim | $400.00 | 2.60 | $1,040.00 |
| | **Time Entries Total** | | **6.10** | **$2,440.00** |

## Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Courtfees<br>6/20/2025<br>Filing fee for Complaint. | $405.00 | 1.00 | $405.00 |
| Other professionals<br>6/30/2025<br>Process server fees. | $395.73 | 1.00 | $395.73 |
| Litigation support vendors<br>6/30/2025<br>Researcher / investigator time (Invoice No. NS-0625-FRO) | $30.00 | 46.60 | $1,398.00 |
| | **Expenses Total:** | **48.60** | **$2,198.73** |

| | |
|---|---|
| Total (USD) | $4,638.73 |
| Payment 1430 7/14/2025 | $-4,638.73 |
| Balance | $0.00 |

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| Rom Bar-Nissim | $400.00 | 6.10 | $2,440.00 |

# HEAH BAR-NISSIM

# INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 879 |
| Issue Date | 9/9/2025 |
| Due Date | 10/9/2025 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 7/1/2025<br>Continued drafting ex parte application re: subpoena to Reddit and Discord. | Rom Bar-Nissim | $400.00 | 1.70 | $680.00 |
| 8/1/2025<br>Various correspondence with opposing counsel re: resolution of service issues and negotiation of joint stipulation to provide additional time to respond to complaint. | Rom Bar-Nissim | $400.00 | 0.70 | $280.00 |
| 8/3/2025<br>Drafted and revised joint stip re: service issues and continuing deadline to respond and proposed order for the same. | Rom Bar-Nissim | $400.00 | 1.00 | $400.00 |
| | | **Time Entries Total** | **3.40** | **$1,360.00** |

## Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Other professionals<br>8/15/2025<br>Process server fees. | $2,844.48 | 1.00 | $2,844.48 |
| | **Expenses Total:** | **1.00** | **$2,844.48** |

| | |
|---|---|
| Total (USD) | $4,204.48 |
| Payment 1475 10/1/2025 | $-4,204.48 |
| Balance | $0.00 |

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Rom Bar-Nissim | $400.00 | 3.40 | $1,360.00 |

# HEAH BAR-NISSIM

# INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 907 |
| Issue Date | 11/12/2025 |
| Due Date | 12/12/2025 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 10/1/2025<br>Phone call with opposing counsel re: extension to respond to facilitate settlement negotiations. | Rom Bar-Nissim | $400.00 | 0.50 | $200.00 |
| | **Time Entries Total** | | **0.50** | **$200.00** |

## Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Litigation support vendors<br>9/30/2025<br>NS-0925-TEI-FRO | $30.00 | 3.20 | $96.00 |
| **Expenses Total:** | | **3.20** | **$96.00** |

| | |
|---|---|
| Total (USD) | $296.00 |
| Payment 1507 11/12/2025 | $-296.00 |
| Balance | $0.00 |

<u>CHECK PAYMENT INSTRUCTIONS</u>:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Rom Bar-Nissim | $400.00 | 0.50 | $200.00 |

# HEAH BAR-NISSIM

## INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 944 |
| Issue Date | 12/8/2025 |
| Due Date | 1/7/2026 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 11/12/2025<br>Phone call with opposing counsel re: settlement. | Rom Bar-Nissim | $400.00 | 0.30 | $120.00 |
| | **Time Entries Total** | | **0.30** | **$120.00** |

| | |
|---|---|
| Total (USD) | $120.00 |
| Payment 1567 12/10/2025 | $-120.00 |
| Balance | $0.00 |

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| Rom Bar-Nissim | $400.00 | 0.30 | $120.00 |

# HEAH BAR-NISSIM

# INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 990 |
| Issue Date | 4/15/2026 |
| Due Date | 5/15/2026 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 3/19/2026<br>Communications with opposing counsel and client re: settlement. | Rom Bar-Nissim | $400.00 | 0.50 | $200.00 |
| 3/24/2026<br>Drafted and revised proposed email to opposing counsel re: terms of settlement. | Rom Bar-Nissim | $400.00 | 0.50 | $200.00 |
| | **Time Entries Total** | | **1.00** | **$400.00** |

| | |
|---|---|
| Total (USD) | $400.00 |
| Payment 1666 4/13/2026 | $-140.00 |
| Payment 1741 4/17/2026 | $-260.00 |
| Balance | $0.00 |

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| Rom Bar-Nissim | $400.00 | 1.00 | $400.00 |

# HEAH BAR-NISSIM

# INVOICE

1801 Century Park E
Suite 2400
Los Angeles, CA 90067
United States
rom@heahbarnissim.com

| | |
|---|---|
| Number | 1040 |
| Issue Date | 6/15/2026 |
| Due Date | 7/15/2026 |
| Matter | Frogan |

## Bill To:

Ted Entertainment, Inc.

106 1/2 Judge John Aiso St #434
Los Angeles, CA 90012
United States

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 5/11/2026<br>Drafted and revised request for default and supporting declaration. | Rom Bar-Nissim | $400.00 | 1.30 | $520.00 |
| 5/11/2026<br>Conducted research on law governing default judgment and began drafting MPA for application for default judgment. | Rom Bar-Nissim | $400.00 | 2.10 | $840.00 |
| 5/12/2026<br>Continued drafting application for default judgment. | Rom Bar-Nissim | $400.00 | 3.80 | $1,520.00 |
| 5/14/2026<br>(1) drafted sections for MPA re default judgment on Statement of Facts, Intro and Actual Damages; (2) began calculating amount of recoverable fees and costs. | Rom Bar-Nissim | $400.00 | 4.70 | $1,880.00 |
| 5/15/2026<br>Final revisions to initial draft of default judgment and drafted supporting declaration to the same. | Rom Bar-Nissim | $400.00 | 4.20 | $1,680.00 |
| 5/21/2026<br>Drafted notice of application for default judgment, proposed order granting default judgment and began reviewing various materials on recent developments for potential inclusion in application. | Rom Bar-Nissim | $400.00 | 1.50 | $600.00 |
| | **Time Entries Total** | | **17.60** | **$7,040.00** |

## Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Litigation support vendors<br>5/31/2026<br>Mica's Invoice NS-0526-TEI-FRO for work done in May. | $45.00 | 6.10 | $274.50 |
| Other professionals<br>6/12/2026<br>Process Server. | $40.25 | 1.00 | $40.25 |

I-1040

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| **Expenses Total:** | | **7.10** | **$314.75** |

| | |
|---|---|
| Total (USD) | $7,354.75 |
| Payment 1791 6/15/2026 | $-2,500.00 |
| Balance | $4,854.75 |

CHECK PAYMENT INSTRUCTIONS:

Heah Bar-Nissim LLP
550 W Rancho Vista Blvd, Ste D-81, Palmdale CA 93551

Please include invoice number in your checks.

ACH information is available upon request.

If you have any questions about this invoice, please contact us. Thank you.

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| Rom Bar-Nissim | $400.00 | 17.60 | $7,040.00 |