# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10<br><br>          Defendants. | Case No.: 2:25-cv-5565-JFW-MAA<br><br>[Assigned for all purposes to the Hon. John F. Walter]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TED ENTERTAINMENT, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MORGAN KAMAL MAJED**<br><br>Action Filed: June 19, 2025<br><br>Date: August 10, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A |

Plaintiff Ted Entertainment, Inc.'s ("TEI") Application for Default Judgment (the "Application") against Defendant Morgan Kamal Majed p/k/a Frogan ("Frogan") cam on regularly for a hearing in the United States District Court for the Central District of California, The Honorable John F. Walter presiding. Having considered the papers in support of the Application, and the argument submitted by counsel, if any, the Court orders as follows:

    1. The Application is GRANTED;

    2. TEI is awarded the following amount in damages:

        a. _____ in statutory damages for Frogan's willful infringement of *Content Nuke: Hasan Piker*

        [*Alternatively*]

        b. $39,197 in Frogan's profits attributable to her infringement of *The Nuke*.

    3. TEI is awarded $30,404 in its reasonable attorneys' fees.

    4. TEI shall file its Bill of Costs within fourteen days of this order.

**IT IS SO ORDERED:**

DATED:_____        _____

        Hon. John F. Walter

        United States District Court Judge

1
[PROPOSED] ORDER GRANTING TEI'S APPLICATION FOR DEFAULT JUDGMENT

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding.  My business address is the law firm of Heah Bar-Nissim LLP, 1801 Century Park East, Suite 2400, Los Angeles, CA 90067.

On June 30, 2026, I served the following document(s) **[PROPOSED] ORDER GRANTING PLAINTIFF TED ENTERTAINMENT, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MORGAN KAMAL MAJED**

| | |
|---|---|
| Bahram Niknia<br>NIKNIA LAW FIRM, INC.<br>1875 Century Park East<br>Suite 1240<br>Los Angeles, CA 90067 | Attorney for Defendant Morgan Kamal Majed p/k/a Frogan |

**[X]     BY MAIL:** I enclosed the document(s) identified above in a sealed envelope or package addressed to the persons addressed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary  course of business with the United States Postal Service, in a sealed envelope with postage fully paid. attached the document(s) to an email sent to the email addresses set forth above

I declare under penalty of perjury that the foregoing is true and correct and a member of the bar of this Court.

Executed this June 30, 2026, at Los Angeles, CA.

*/s/ Rom Bar-Nissim*

Rom Bar-Nissim

[PROPOSED] ORDER GRANTING TEI'S APPLICATION FOR DEFAULT JUDGMENT