Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10<br><br>                    Defendants. | Case No.: 2:25-cv-5565-JFW-MAA<br><br>[Assigned for all purposes to the Hon. John F. Walter]<br><br>**NOTICE OF ERRATA RE: PLAINTIFF TED ENTERTAINMENT, INC.'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MORGAN KAMAL MAJED**<br><br>Action Filed: June 19, 2025<br><br>Date: August 17, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT,** Plaintiff Ted Entertainment, Inc. ("TEI") submits the following Notice of Errata (the "Errata") regarding TEI's Notice of Application for Default Judgment Against Defendant Morgan Kamal Majed (the "Application"), which was originally filed in the United States District Court, Central District of California, on June 30, 2026. *See* Dkt. No. 19. The Errata is being filed to correct an inadvertent error regarding the date for hearing for the Application. Originally, the hearing for the Application was set for August 10, 2026. The Errata is to correct the date of the hearing of the Application to August 17, 2026. An explanation for the error is provided below.

The Application was originally filed on June 29, 2026. *See* Dkt. No. 17. When originally filed, counsel for TEI checked this Court's webpage to determine available hearing dates and saw that August 10, 2026 was available. Therefore, counsel selected August 10, 2026 as the hearing date for the Application.

On June 30, 2026, this Court struck the June 29, 2026 Application for failure to comply with Paragraph 3(b) of this Court's standing order. Counsel for TEI refiled the Application on June 30, 2026 to address this issue.

After filing, counsel for TEI reviewed this Court's webpage. Upon doing so, counsel for TEI discovered that August 10, 2026 was no longer available for hearings, but August 17, 2026 was still available. This Errata is to correct the error and select August 17, 2026 as the hearing date for the Application.

Dated: June 30, 2026                     **HEAH BAR-NISSIM LLP**

                                                    By  /s/ Rom Bar-Nissim
                                                           ROM BAR-NISSIM
                                                           Attorneys for Plaintiff Ted
                                                           Entertainment, Inc.

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding.  My business address is the law firm of Heah Bar-Nissim LLP, 1801 Century Park East, Suite 2400, Los Angeles, CA 90067.

On June 30, 2026, I served the following document(s) **NOTICE OF ERRATA RE: PLAINTIFF TED ENTERTAINMENT, INC.'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MORGAN KAMAL MAJED**

| | |
|---|---|
| Bahram Niknia<br>NIKNIA LAW FIRM, INC.<br>1875 Century Park East<br>Suite 1240<br>Los Angeles, CA 90067 | Attorney for Defendant Morgan Kamal Majed p/k/a Frogan |

**[X]    BY MAIL:** I enclosed the document(s) identified above in a sealed envelope or package addressed to the persons addressed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary  course of business with the United States Postal Service, in a sealed envelope with postage fully paid. attached the document(s) to an email sent to the email addresses set forth above

I declare under penalty of perjury that the foregoing is true and correct and a member of the bar of this Court.

Executed this June 30, 2026, at Los Angeles, CA.

*/s/ Rom Bar-Nissim*

Rom Bar-Nissim

1

NOTICE OF ERRATA RE: TEI'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT