BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant Morgan Majed
p/k/a Frogan

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10, <br><br> Defendants. | Case No. 2:25-cv-05565-JFW-MAA <br><br> *Hon. John F. Walter* <br><br> **JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AS THE PARTIES CONTINUE TO DISCUSS A POTENTIAL STIPULATION TO SET ASIDE DEFAULT** <br><br> Action filed:    June 19, 2025 |

1

**WHEREAS**, on June 19, 2025, Plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") alleging claims against Defendant Morgan Majed p/k/a Frogan ("Frogan" and together with TEI, the "Parties") (Dkt. No. 1);

**WHEREAS**, on August 5, 2025, the Parties entered into a joint stipulation to extend Frogan's responsive pleading deadline to October 3, 2025, which the Court granted (Dkt. Nos. 13 & 14);

**WHEREAS**, on May 19, 2026, TEI requested default against Frogan (Dkt No. 15);

**WHEREAS**, on May 20, 2026, the clerk entered default against Frogan (Dkt No. 16);

**WHEREAS**, on June 30, 2026, TEI filed an Application for Default Judgment ("Application") pursuant to Federal Rule of Civil Procedure Rule 55(b)(2) against Frogan with a hearing date currently scheduled for August 17, 2026 at 1:30 p.m. (Dkt Nos. 19 & 20);

**WHEREAS**, on July 9, 2026, Frogan retained FROST LLP as substituted counsel to represent her in this action;

**WHEREAS**, on July 10, 2026, Frogan's new counsel contacted TEI's counsel regarding whether TEI would stipulate to setting aside the default;

**WHEREAS**, on July 13, 2026, counsel for the Parties met and conferred regarding (1) a potential stipulation to set aside the default, (2) Frogan's potential motion to set aside the default pursuant to Federal Rule of Civil Procedure Rule 55(c), and (3) TEI's pending Application;

**WHEREAS**, counsel for the Parties agreed to continue the hearing on the Application by six weeks to September 28, 2026 so that the Parties may explore whether the issue can be resolved by stipulation in order to obviate the need for motion practice in connection with the Application and a potential motion to set aside the default;

JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AS THE PARTIES CONTINUE TO DISCUSS A POTENTIAL STIPULATION TO SET ASIDE DEFAULT

**WHEREAS**, good cause exists for extending the Application hearing by permitting the Parties to engage in good faith discussions to avoid unnecessary motion practice and preserve judicial resources;

**WHEREAS**, the requested extension is not intended to reasonably delay or for any other improper purpose;

**WHEREAS**, there are no other forthcoming hearings or deadlines currently set that would be impacted or otherwise prejudiced by this stipulation; and

**WHEREAS,** the Parties have not previously requested, nor has the Court previously granted, any extension to the Application hearing.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that the hearing on TEI's Application is continued to September 28, 2026 at 1:30 p.m.

**SO STIPULATED AND AGREED.**


DATED:  July 14, 2026 **FROST LLP**

By:     /s/Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant Morgan Majed p/k/a Frogan


DATED:  July 14, 2026 **HEATH BAR-NISSIM LLP**

By:     /s/Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.

3

JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AS THE PARTIES CONTINUE TO DISCUSS A POTENTIAL STIPULATION TO SET ASIDE DEFAULT

## **L.R. 5-4.3.4 Attestation**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AS THE PARTIES CONTINUE TO DISCUSS A POTENTIAL STIPULATION TO SET ASIDE DEFAULT