**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,,<br><br>        Plaintiff,<br><br>    vs.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. 2:25-cv-05565-JFW-MAAx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE HEARING FOR PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT [ECF NOS. 19 & 20]** |

On July 13, 2026, Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Morgan Majed p/k/a Frogan ("Frogan" and together with TEI, the "Parties") filed a joint stipulation to continue the hearing on TEI's Application for Default Judgment against Frogan currently scheduled for August 17, 2026 at 1:30 p.m. ("Joint Stipulation").

The Court having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

The hearing on TEI's Application for Default Judgment is continued to September 28, 2026 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: July 15, 2026

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-1-