BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant MORGAN
KAMAL MAJED p/k/a FROGAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>    Defendant. | Case No. 2:25-cv-5565-JFW<br><br>*Hon. John F. Walter*<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Action Filed:    June 19, 2025 |

DECLARATION OF LEAD TRIAL COUNSEL

## <u>DECLARATION OF LEAD TRIAL COUNSEL</u>

I, Benjamin Kassis, declare as follows:

1.      I am an attorney licensed to practice before this Court, and am a Partner with the law firm of FROST LLP, attorneys of record herein for Defendant Morgan Majed p/k/a Frogan ("Frogan"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto.

2.      As lead trial counsel for Frogan in the above titled action, I am submitting this declaration as requested by the Court pursuant to Paragraph 2(a) of the Court's Standing Order. (ECF No. 11.)

3.      I have registered as a CM/ECF User.

4.      My e-mail address of record is ben@frostllp.com.

5.      I have read and familiarized myself with this Court's Standing Order (ECF No. 11) and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24rd day of July, 2026, at Los Angeles, California.

_____
Benjamin Kassis

DECLARATION OF LEAD TRIAL COUNSEL