BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant MORGAN
KAMAL MAJED p/k/a FROGAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. 2:25-cv-05565-JFW-MAA<br><br>*Hon. John F. Walter*<br><br>**JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**<br><br>Action filed:    June 19, 2025 |

1

**WHEREAS**, on June 19, 2025, Plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") alleging claims against Defendant Morgan Majed p/k/a Frogan ("Frogan" and together with TEI, the "Parties") (ECF No. 1);

**WHEREAS**, on August 5, 2025, the Parties entered into a joint stipulation to extend Frogan's responsive pleading deadline to October 3, 2025, which the Court granted (ECF Nos. 13 & 14);

**WHEREAS**, on May 19, 2026, TEI requested default against Frogan (ECF No. 15);

**WHEREAS**, on May 20, 2026, the clerk entered default against Frogan (ECF No. 16);

**WHEREAS**, on June 30, 2026, TEI filed an Application for Default Judgment ("Application") pursuant to Federal Rule of Civil Procedure Rule 55(b)(2) against Frogan with a hearing date previously scheduled for August 17, 2026 at 1:30 p.m. (ECF Nos. 19 & 20);

**WHEREAS**, on July 9, 2026, Frogan retained FROST LLP as substituted counsel to represent her in this action;

**WHEREAS**, on July 10, 2026, Frogan's new counsel contacted TEI's counsel regarding whether TEI would stipulate to setting aside the default;

**WHEREAS**, on July 13, 2026, counsel for the Parties met and conferred regarding (1) a potential stipulation to set aside the default, (2) Frogan's potential motion to set aside the default pursuant to Federal Rule of Civil Procedure Rule 55(c) ("Motion"), and (3) TEI's pending Application;

**WHEREAS**, on July 14, 2026, the Parties entered into a joint stipulation to continue the Application hearing to September 28, 2026 at 1:30 p.m., which the Court granted on July 15, 2026 (ECF Nos. 23 & 24);

JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

**WHEREAS**, on July 20, 2026, the Parties met and conferred on a potential stipulation to set aside the default and a potential briefing scheduling for the Motion and Application;

**WHEREAS**, on July 24, 2026, counsel for TEI agreed to withdraw its pending Application without prejudice until the Motion had been briefed and decided;

**WHEREAS**, on August 3, 2026, the Parties met and conferred on Frogan's anticipated Motion and agreed on to a briefing schedule such that (1) the Motion would be filed on August 14, 2026, (2) the TEI's opposition would be filed by August 28, 2026, (3) Frogan's reply would be filed by September 4, 2026, and (4) the hearing for the Motion would occur on September 28, 2026 at 1:30 p.m. instead of the Application;

**WHEREAS**, during the August 3, 2026 conference, TEI agreed that (1) TEI would stipulate to the first factor under good cause that there is no prejudice because TEI is not aware of any cognizable prejudice based on the representation that Frogan has preserved all relevant evidence in connection with this matter, and (2) TEI will waive any argument regarding prejudice for any purported delay after July 10, 2026 for waiting to file the Motion due to TEI's counsel's pre-arranged travel

**WHEREAS,** good cause exists for changing the briefing schedule to accommodate the Parties' schedules and negotiations in good faith;

**WHEREAS**, the requested extension is not intended to reasonably delay or for any other improper purpose;

**WHEREAS**, there are no other forthcoming hearings or deadlines currently set that would be impacted or otherwise prejudiced by this stipulation; and

**WHEREAS,** the Parties have not previously requested, nor has the Court previously granted, any briefing schedule for the Motion.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

1.      TEI withdraws its Application without prejudice until the Court has made a determination on the anticipated Motion;

2.      Frogan will file her Motion on August 14, 2026;

3.      TEI will file its opposition to the Motion by August 28, 2026;

4.      Frogan will file her reply in support of the Motion by September 4, 2026;

5.      The hearing on the Motion will occur on September 28, 2026 at 1:30 p.m. instead of the Application hearing;

6.      TEI will stipulate as to no prejudice under the good cause analysis because TEI is not aware of any cognizable prejudice under Rule 55(c) based on the representation that Frogan has preserved all relevant evidence in connection with this matter; and

7.      TEI waives any argument regarding prejudice for any purported delay after July 10, 2026 for waiting to file the Motion due to TEI's counsel pre-arranged travel.

**SO STIPULATED AND AGREED.**

DATED:  August 5, 2026                    **FROST LLP**

                                          By:      /s/Benjamin Kassis
                                                   BENJAMIN KASSIS
                                                   BENJAMIN GRUSH
                                                   DAVID TIRATURYAN
                                                   Attorneys for Defendant MORGAN
                                                   KAMAL MAJED p/k/a FROGAN

DATED:  August 5, 2026                    **HEATH BAR-NISSIM LLP**

                                          By:      /s/Rom Bar-Nissim
                                                   ROM BAR-NISSIM
                                                   Attorney for Plaintiff TED
                                                   ENTERTAINMENT, INC.

JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

## L.R. 5-4.3.4 Attestation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S
APPLICATION FOR DEFAULT JUDGMENT