# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,,<br><br>         Plaintiff,<br><br>   vs.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>         Defendants. | Case No. 2:25-cv-05565-JFW-(MAAx)<br><br>**ORDER GRANTING STIPULATION REGARDING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT [ECF NOS. 19, 20, & 24]** |

-1-

On August 5, 2026, Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Morgan Majed p/k/a Frogan ("Frogan" and together with TEI, the "Parties") filed a joint stipulation regarding Frogan's anticipated Motion to Set Aside Default and TEI's pending Application for Default Judgment against Frogan currently scheduled for September 28, 2026 at 1:30 p.m. ("Joint Stipulation").

The Court having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. TEI's Application for Default Judgment (ECF Nos. 19 & 20) is withdrawn without prejudice until the Court has made a determination on Frogan's anticipated Motion to Set Aside Default.

2. Frogan will file her Motion to Set Aside Default on August 14, 2026.

3. TEI will file its Opposition to Frogan's Motion to Set Aside Default by August 28, 2026.

4. Frogan will file her Reply in Support of the Motion to Set Aside Default by September 4, 2026.

5. The Court will hear the Motion to Set Aside Default on September 28, 2026 at 1:30 p.m. instead of the Application for Default Judgment (ECF No. 24).

6. The Parties will not brief the prejudice factor under the good cause analysis because TEI is not aware of any cognizable prejudice under Rule 55(c) based on the representation that Frogan has preserved all relevant evidence in connection with this matter

**IT IS SO ORDERED.**

Dated: August 6, 2026

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE