BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant MORGAN
KAMAL MAJED p/k/a FROGAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>        Defendant. | Case No. 2:25-cv-05565-JFW-MAA<br><br>*Hon. John F. Walter*<br><br>**DECLARATION OF DEFENDANT MORGAN KAMAL MAJED P/K/A FROGAN IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Hearing Information:<br>Judge:  Hon. John F. Walter<br>Date:    September 28, 2026<br>Time:    1:30 p.m.<br>Crtrm.:  7A<br><br>Action Filed:    June 19, 2025 |

## DECLARATION OF MORGAN KAMAL MAJED p/k/a FROGAN

I, Morgan Kamal Majed p/k/a Frogan, declare as follows:

1.      I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of my Motion to Set Aside Entry of Default, filed concurrently herewith.

2.      Since I was made aware of this action through the present, it has always been my intention to defend myself against Plaintiff Ted Entertainment, Inc.'s ("Plaintiff" or "TEI") claims in this litigation.

3.      In July 2025, I retained Mr. Bahram Niknia as my lawyer to represent me in this litigation. Throughout his representation of me, Mr. Niknia and I were in constant communication.

4.      After I retained a lawyer, Mr. Niknia and Plaintiff's lawyer negotiated and prepared a joint stipulation extending my responsive pleading deadline from August 5, 2025 to October 3, 2025.

5.      From August 5, 2025 through April 20, 2026 (over an eight month period), TEI and I were engaged in settlement negotiations. There were moments throughout this period that I believed we could have reached a resolution of this matter. However, settlement talks fell apart around April 20, 2026.

6.      In late April 2026 and around the same time settlement negotiations were breaking down, I became aware that I would have to seek new representation because Mr. Niknia could no longer represent me in this matter. Immediately, I began researching lawyers, who would be willing to take on my case and represent me in this matter. I needed to find a lawyer, who was in my budget and could adequately represent my interests.

1

DECLARATION OF FROGAN

7.      On May 8, 2026, Mr. Niknia ceased his representation of me in this litigation. When TEI requested entry of default on May 19, 2026 and the Clerk entered default on May 20, 2026, I did not have a lawyer representing me in this matter.

8.      On June 5, 2026, I contacted FROST LLP to secure legal representation in this matter because the firm had represented another defendant in a similar lawsuit brought by TEI for copyright infringement. After I had reached out to FROST LLP and other potential lawyers, TEI filed its Application for Default Judgment.

9.      Once I was able to secure financing and clear all administrative hurdles with FROST LLP, I retained FROST LLP to represent me in this matter on July 9, 2026.

10.     From May 8, 2026 through July 9, 2026, I did not have a lawyer representing me in this litigation, despite trying to find a new lawyer, who would take my case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August, 2026, at Los Angeles, California.



_____
Morgan Kamal Majed p/k/a Frogan