BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant MORGAN
KAMAL MAJED p/k/a FROGAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>      Defendant. | Case No. 2:25-cv-05565-JFW-MAA<br><br>*Hon. John F. Walter*<br><br>**DECLARATION OF BAHRAM NIKNIA IN SUPPORT OF DEFENDANT MORGAN KAMAL MAJED P/K/A FROGAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Information:<br>Judge:  Hon. John F. Walter<br>Date:    September 28, 2026<br>Time:   1:30 p.m.<br>Crtrm.: 7A<br><br>Action Filed:   June 19, 2025 |

DECLARATION OF BAHRAM NIKNIA

## <u>DECLARATION OF BAHRAM NIKNIA</u>

I, Bahram Niknia, declare as follows:

1.      I am an attorney licensed to practice before this Court, and am the principal attorney with the law firm Niknia Law Firm, Inc., former attorneys of record for Defendant Morgan Kamal Majed p/k/a Frogan ("Defendant" or "Frogan"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Frogan's Motion to Set Aside Entry of Default (the "Motion") filed concurrently herewith.

2.      On July 22, 2025, my firm was retained by Frogan to represent her in this matter.

3.      During August 2025 through April 2026, I communicated with Rom Bar-Nissim, counsel for Plaintiff Ted Entertainment, Inc., regarding a potential settlement of this matter. We communicated multiple times over the course of that period regarding settlement terms. Despite our best efforts, the parties were unable to reach a resolution.

4.      By late April 2026, I could no longer represent Frogan in this matter due to my existing professional obligations and caseload. I ceased representing Frogan in this matter on May 8, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of July, 2026, at Los Angeles, California.

/s/ Bahram Niknia
Bahram Niknia

1
DECLARATION OF BAHRAM NIKNIA