BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant MORGAN
KAMAL MAJED p/k/a FROGAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>   Defendant. | Case No. 2:25-cv-05565-JFW-MAA<br><br>*Hon. John F. Walter*<br><br>**DECLARATION OF BENJAMIN KASSIS IN SUPPORT OF DEFENDANT MORGAN KAMAL MAJED P/K/A FROGAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST FOR JUDICIAL NOTICE**<br><br><u>Hearing Information:</u><br>Judge: Hon. John F. Walter<br>Date: September 28, 2026<br>Time: 1:30 p.m.<br>Crtrm.: 7A<br><br>Action filed: June 19, 2025 |

# DECLARATION OF BENJAMIN KASSIS

I, Benjamin Kassis, declare as follows:

1.    I am an attorney licensed to practice before this Court, and am a Partner with the law firm FROST LLP, attorneys of record herein for Defendant Morgan Kamal Majed p/k/a Frogan ("Defendant" or "Frogan"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Frogan's Motion to Set Aside Entry of Default (the "Motion") and the supporting Request for Judicial Notice, filed concurrently herewith.

2.    I am Lead Trial Counsel for Frogan. (ECF No. 25.)

## Local Rule 7-3 Certification

3.    On August 3, 2026, I met and conferred with Plaintiff Ted Entertainment, Inc.'s ("TEI") counsel, Mr. Rom Bar-Nissim, at the FROST LLP office to discuss thoroughly the substance of Frogan's intended Motion.

4.    At that time, my office had engaged with Mr. Bar-Nissim for several weeks regarding a potential stipulation to set aside the default.

5.    During the meeting, I asked again whether TEI would stipulate to set aside the default.

6.    Mr. Bar-Nissim said TEI would not be willing to stipulate to set aside the default.

7.    The Parties were able to agree on a briefing schedule and narrow one issue on the Motion. (*See* ECF No. 29.) Specifically, TEI conceded that it would face no prejudice if the default was set aside based on the representation that Frogan had preserved all relevant evidence. Further, TEI reaffirmed its earlier commitment to withdraw its Renewed Application for Default Judgment without prejudice, upon the Court's determination of the pending Motion.

**Request for Judicial Notice**

8. My office retrieved the following documents from the Central District of California's ECF system regarding the case, *Ted Entertainment, Inc. v. Alexandra Marwa Saber, et al.*, Case No. 2:25-cv-05564-WLH-PD (C.D. Cal. 2025) (the "*Saber* Action").

9. Attached hereto as **Exhibit A** is a true and correct copy of the complaint in the *Saber* Action, which was filed on June 19, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August, 2026, at Los Angeles, California.


/s/Benjamin Kassis
Benjamin Kassis

DECLARATION OF BENJAMIN KASSIS