UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>        Defendant. | Case No. 2:25-cv-05565-JFW-MAA<br><br>*Hon. John F. Walter*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MORGAN KAMAL MAJED P/K/A FROGAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br><u>Hearing Information:</u><br>Date:   September 28, 2026<br>Time:   1:30 p.m.<br>Crtrm.: 7A<br><br>Action Filed:   June 19, 2025 |

---

[PROPOSED] ORDER GRANTING DEFENDANT MORGAN KAMAL MAJED P/K/A FROGAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT

On August 14, 2026, Defendant Morgan Kamal Majed p/k/a Frogan ("Defendant" or "Frogan") filed a Motion to Set Aside Entry of Default (the "Motion"), seeking relief under Federal Rule of Civil Procedure 55(c) from the default entered against her by the Clerk on May 20, 2026 (ECF No. 16) on the Complaint filed by Plaintiff Ted Entertainment, Inc. ("TEI") (ECF No. 1).

The Court, having considered Defendant's Motion, any opposition and reply thereto, the arguments of counsel at the hearing held on September 28, 2026 at 1:30 p.m., and all other pleadings, files, and records in this action, and finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. The default entered against Defendant Morgan Kamal Majed p/k/a Frogan by the Clerk on May 20, 2026 (ECF No. 16) is **SET ASIDE**.

2. Frogan shall file her responsive pleading to TEI's Complaint within 14 days of the date of this Order.

**IT IS SO ORDERED**.

DATED: _____        _____
                                  HON. JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE

1