BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant MORGAN
KAMAL MAJED p/k/a FROGAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10, <br><br> Defendant. | Case No. 2:25-cv-05565-JFW-MAA <br><br> *Assigned to: Hon. John F. Walter* <br><br> **NOTICE OF ERRATA RE: DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT** <br><br> **[Re: ECF No. 30]** |

**PLEASE TAKE NOTICE** that Defendant Morgan Kamal Majed p/k/a Frogan ("Frogan") submits this Notice of Errata (the "Errata") regarding the Memorandum of Points and Authorities in Support of Frogan's Motion to Set Aside Entry of Default (the "Memorandum"), filed on August 14, 2026. (ECF No. 30.).

The Errata is being filed to correct an inadvertent error in the version of the Memorandum submitted for filing. Paragraph 5(d) of this Court's Standing Order requires that all citations to legal authority be hyperlinked. Although the Memorandum was prepared with hyperlinks to each cited authority, the version inadvertently uploaded to CM/ECF was generated from a source file in which those hyperlinks were not preserved. Counsel discovered the omission upon reviewing the filed document.

A corrected version of the Memorandum, containing the hyperlinks required by the Standing Order, is attached hereto as Exhibit 1. The corrected version is identical to the Memorandum as filed in all other respects; no substantive changes, additions, or deletions have been made. Frogan respectfully requests that the Court refer to Exhibit 1 in place of the previously filed Memorandum.

DATED:  August 14, 2026                    FROST LLP


By:        /s/ Benjamin Kassis
           BENJAMIN KASSIS
           BENJAMIN GRUSH
           DAVID TIRATURYAN
           Attorneys for Defendant MORGAN
           KAMAL MAJED p/k/a FROGAN

1

NOTICE OF ERRATA RE: DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO SET ASIDE ENTRY OF DEFAULT