Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TED ENTERTAINMENT, INC., a California Corporation,,

Plaintiff,

vs.

MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,

Defendants.

Case No. 2:25-cv-05565-JFW-MAA

*Hon. John F. Walter*

**JOINT STIPULATION TO RELIEVE DEFENDANT FROM DEFAULT AND SET THE DEADLINE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT**

Action filed: June 19, 2025

**WHEREAS**, on June 19, 2025, Plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") alleging claims against Defendant Morgan Majed p/k/a Frogan ("Frogan" and together with TEI, the "Parties") (ECF No. 1);

**WHEREAS**, on May 19, 2026, TEI requested default against Frogan (ECF No. 15);

**WHEREAS**, on May 20, 2026, the clerk entered default against Frogan (ECF No. 16);

**WHEREAS**, on August 14, 2026, Frogan filed her motion seeking relief from default (the "Motion") and its supporting papers (ECF Nos. 30-32);

**WHEREAS**, after careful consideration of the Motion and its supporting papers, TEI has decided it is preferable to address the merits of the case;

**WHEREAS,** as a result of its decision, TEI wishes to stipulate to the relief requested in the Motion on condition that such stipulation does not waive TEI's right to dispute any of the legal and/or factual assertions contained in the Motion and its supporting papers at a later stage of this litigation;

**WHEREAS**, good cause exists for the Parties stipulation to relieve Frogan from default as it will promote judicial efficiency and conserve the resources of this Court and the Parties by avoiding further motion practice; and

**WHEREAS**, Frogan intends to file her response to the Complaint on or before 21 days following entry of the Order hereon.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

1. Frogan be relieved from default;
2. TEI reserves its right to contest the legal and/or factual assertions contained in the Motion and its supporting papers at a later stage of this litigation;
3. The September 28, 2026 hearing for the Motion be taken off the Court's calendar;

4. Frogan shall file her response to the complaint on or before 21 days following entry of the Order hereon..

**SO STIPULATED AND AGREED.**

DATED: August 20, 2026 **FROST LLP**

By: /s/ Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
DAVID TIRATURYAN
Attorneys for Defendant Morgan Majed p/k/a Frogan

DATED: August 20, 2026 **HEATH BAR-NISSIM LLP**

By: /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorney for Plaintiff Ted Entertainment, Inc.

**L.R. 5-4.3.4 Attestation**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.