**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-05565-JFW-MAAx<br><br>**ORDER GRANTING STIPULATION TO RELIEVE DEFENDANT FROM DEFAULT AND SET THE DEADLINE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT** |

On August 20, 2026, Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Morgan Majed p/k/a Frogan ("Frogan" and together with TEI, the "Parties") filed a joint stipulation regarding relieving Frogan from default and setting the deadline for Frogan's response to the complaint ("Joint Stipulation").

The Court having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Frogan be relieved from default;

2. TEI reserves all rights in contesting the legal and/or factual assertions contained in Frogan's Motion to Set Aside Default (the "Motion") and its supporting papers at a later stage of this litigation;

3. The September 28, 2026 hearing for the Motion is taken off-calendar; and

4. Frogan shall file her response to the complaint on or before 21 days following the entry of this Order.

**IT IS SO ORDERED.**

Dated: August 20, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE