**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-5565-JFW(MAAx)** Date: **August 31, 2026**

Title: Ted Entertainment, Inc. *-v-* Morgan Kamal Majed, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff is ordered to show cause, in writing, on or before September 3, 2026, why Plaintiff should not be sanctioned in the amount of $1,500, or why the action should not be dismissed, for failure to note on the civil cover sheet that Plaintiff had filed a related case (Dkt. No. CV25-5564-WLH(PDx)) and for failure to file a Notice of Related Case as required by Local Rule 83-1.3.1.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk jloz