Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

Plaintiff,

v.

MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10

Defendants.

Case No.: 2:25-cv-5565-JFW-MAA

[Assigned for all purposes to the Hon. John F. Walter]

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE AUGUST 31, 2026 ORDER TO SHOW CAUSE RE: DISMISSAL [ECF #38] AND RESPONSE TO SEPTEMBER 4, 2026 ORDER [ECF #40]**

Action Filed: June 19, 2025

Plaintiff Ted Entertainment, Inc. ("TEI") files this supplemental response to this Court's August 31, 2026 Order to Show Cause re: Dismissal (ECF #38) (the "OSC") and its response to this Court's September 4, 2026 Order (ECF #40).

TEI's counsel sincerely apologizes to this Court if anything in TEI's Response to the OSC (ECF #39) intimated that it was not for this Court to decide whether the present action is related to the action titled *Ted Entertainment, Inc. v. Saber et al.* (Case No. 2:25-cv-5564-WLH-PD) (the "*Saber* Action").

TEI's counsel's belief was that this Court would determine (and was empowered to determine) whether the present action and *Saber* Action were related based on the filing of the Notice of Related Cases (ECF #36) and the Objection (ECF #37). TEI's Response to the OSC was merely to explain its good faith belief why it did not file a notice of related cases when it filed the present action and the *Saber* Action or note potential relatedness in civil cover sheet for each case.

TEI is willing and able to do anything the Court requires to empower it to determine whether the present action is related to the *Saber* Action without waiving its objection to relatedness.

Dated: September 4, 2026

**HEAH BAR-NISSIM LLP**

By /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.