Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

Plaintiff,

v.

MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10

Defendants.

Case No.: 2:25-cv-5565-JFW-MAA

[Assigned for all purposes to the Hon. John F. Walter]

**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(i)**

Action Filed: June 19, 2025

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ted Entertainment, Inc. hereby gives notice that this action is voluntarily dismissed in its entirety without prejudice. Defendant Morgan Kamal Majed p/k/a Frogan and the Doe defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff Ted Entertainment, Inc. notices voluntary dismissal of this action, without prejudice.

Dated: September 8, 2026

**HEAH BAR-NISSIM LLP**

By /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.